**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:  22-42601-ELM** |
| **EDWARD HERNANDEZ & JULIANNE E HERNANDEZ** | |
| DEBTORS | First Payment Date: Wed, Nov 30, 2022 |

**TRUSTEE'S (7) DAY NOTICE OF INTENT TO CERTIFY
CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)**

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that on or after 7 days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

> Debtors did not pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.**  Pursuant to General Order 2021-05 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 7 days prior written notice to the Debtors and Debtors' Counsel, and without further notice.  The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

> Debtors did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

 Due Date is December 9, 2022.  Payments must be received by 4:00 p.m.

/s/ Tim Truman

Tim Truman, Trustee
State Bar # 20258000

22-42601-ELM                                                        EDWARD HERNANDEZ & JULIANNE E HERNANDEZ

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before December 02, 2022.

**BY FIRST CLASS MAIL:**

EDWARD HERNANDEZ,  JULIANNE E HERNANDEZ,  814 MILAM DR,  EULESS, TX  76039-0000

**ELECTRONIC SERVICE:**

HENSHAW LAW OFFICE, 1530 P B LN, PMB H5358, WICHITA FALLS, TX  76302
JAMESON & DUNAGAN, 5429 LBJ FWY STE 700, DALLAS, TX  75240
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

                                                                /s/ Tim Truman
                                                                Tim Truman, Trustee
                                                                State Bar # 20258000