IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>EDWARD HERNANDEZ, xxx-xx-8188<br>JULIANNE E HERNANDEZ, xxx-xx-2470<br>814 MILAM DR<br>EULESS, TX  76039<br><br>    **Debtors** | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No: 22-42601-ELM<br><br>Chapter 13<br><br>Court Hearing: Thursday, January 5, 2023 at 8:30 AM |

## NOTICE OF
## DEADLINE FOR OBJECTION TO CONFIRMATION

**December 27, 2022** is the last day for filing Objection**s** to Confirmation of Debtors' Chapter 13 Plan filed on or about November 22, 2022.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

## CONFIRMATION HEARING

If an Objection to Confirmation of  Debtors' Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, January 5, 2023** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 204, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2021-05 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before December 06, 2022.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

HENSHAW LAW OFFICE, 1530 P B LN, PMB H5358, WICHITA FALLS, TX  76302
JAMESON & DUNAGAN, 5429 LBJ FWY STE 700, DALLAS, TX  75240
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

AT & T,  PO BOX 5014,  CAROL STREAM, IL  60197

ATMOS ENERGY,  PO BOX 740353,  CINCINNATI, OH  45274-0000

BUDDY HOME FURNISHING,  5234 RUFE SNOW DR,  NORTH RICHLAND HILLS, TX  76180

CITY OF EULESS,  201 N ECTOR DR,  EULESS, TX  76039

CONSUMER CELLULAR,  PO BOX 650680,  DALLAS, TX  75265

EDWARD HERNANDEZ,  JULIANNE E HERNANDEZ,  814 MILAM DR,  EULESS, TX  76039-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON STE #300,  FT WORTH, TX  76102-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MATT KING MOTORS,  165 E BOZEMAN LN,  FORT WORTH, TX  76108

MCMC AUTO,  JAMESON AND DUNAGAN,  5429 LBJ FWY #700,  DALLAS, TX  75240-0000

MCMC AUTO LTD,  DBA MIKE CARLSON MOTOR CO,  1301 E WEATHERFORD ST STE 151,  FORT WORTH, TX  76102-0000

NORTH HILLS HOSPITAL,  C/O RESURGENT CAPITAL SERVICES,  PO BOX 1927,  GREENVILLE, SC  29602-0000

PENNY MORGAN,  207 PARK MEADOWS DR,  EULESS, TX  76039

RENT-A-CENTER,  1806 W IRVING BLVD,  IRVING, TX  75610-0000

SPECTRUM,  PO BOX 60074,  CITY OF INDUSTRY, CA  91716-0000

T MOBILE/T MOBILE USA,  AMERICAN INFOSOURCE,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS HEALTH RESOURCES,  AMERICAN INFOSOURCE,  PO BOX 4457,  HOUSTON, TX  77210-0000

TEXAS HEALTH RESOURCES,  C/O AMERICAN INFOSOURCE LP,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

TITLEMAX OF TEXAS INC,  15 BULL ST STE 200,  SAVANNAH, GA  31401-0000

TMOBILE/TMOBILE USA,  C/O AMERICAN INFOSOURCE,  PO BOX 248848,  OKLAHOMA CITY, OK  73124-0000