IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

EDWARD HERNANDEZ and JULIANNE E HERNANDEZ                        Case No. 22-42601-ELM

DEBTOR(S),

REPORT OF ( NOT HELD) SECTION 341 MEETING
AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:**        Meeting Date: December 7, 2022    Time: 1:30 pm
                                Original Date: December 7, 2022

1. Debtor(s) Appeared?    D1: **NO**              D2: **NO**
   ID Checked:            **NO**                  ID Checked:
   SS Checked:            **NO**                  SS Checked:

2. Debtor(s) attorney/paralegal appeared?    **YES**    Debtor(s) attorney\firm:  **David Henshaw**
                                                        *representing*  **HENSHAW LAW OFFICE**

3. Creditors Appeared:  **none**  *representing*

4. **341 Meeting:**  **NOT HELD**

5. Payment Information:

   Current monthly payment per Plan:    $1,200.00        First Payment due:    11/30/2022
   $ rec'd as of 12/12/2022             $0.00            Length of Plan:       60 months
   Base Amount per Plan:                $72,000.00

**Confirmation Issues:**  **REFER TO LEGAL:  YES**

The tests for Confirmation have/have not been met, as follows:

**N**  6. Disposable Income(monthly):    $0.00  x 36 ACP =  Unsecured Pool per Trustee:  $0.00

**N**  7. Base Amount is sufficient.                          UCP per Plan:  $0.00

**Y**  8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y**  9. Best Interest: Exemptions:  Federal: **YES**        State:

   Non-exempt Property Description and Equity in each item:
   Total Equity in non-exempt prop. $    Total Non-Exempt Equity per Plan:  **$0.00**

**Y**  11. Exemptions Proper:    If no, explain:

**Y**  12. Feasibility:  Surplus per I & J:  **$1,208.07**

   _ Step    _ Balloon    _ Unemployed    _ Negative Surplus/Insuff Surplus    _ Projected Income    Other:

   Plan Payments:  | Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
                   |---|---|---|---|---|
                   | D1 | 11/30/2022 | $1,200.00 | MO | 3 |
                   | D2 | 02/28/2023 | $1,200.00 | MO | 57 |

**N**  13. Good Faith Petition and Plan:

   a. Plan Payment at least 90 % I minus J $ **$1,087.26**

   b. Plan **does not** contain non-standard language.

   c. Other:

14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**N**  15. Debtor testified that previous 4 years tax returns have been
   filed with the IRS. If no, year(s) not filed:

   Year(s) not provided to Trustee's office:

**N**  16. Business Case Meeting Required?

**Y**  17.  Debtor Attorney Fees meet Guidelines.

By:  /s/ Brittany Kitchen
Brittany Kitchen
Presiding Officer

---

18.  <u>Legal Department Notes</u>:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  **NO**
Objection Type:  **No Objection Needed**

By:  <u>Angela Allen</u>
Attorney for Trustee / Trustee